UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JASON MICHAEL CRIM ]
    Petitioner, ]
 ]
v. ] No. 3:05-0628
 ] Judge Trauger
GLENN TURNER, WARDEN ]
    Respondent. ]

O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds merit in respondent's Motion to Dismiss (Docket Entry No. 9). Therefore, respondent's motion is GRANTED and this action is hereby DISMISSED. Rule 8(a), Rules - - § 2254 Cases.

Should the petitioner file a timely Notice of Appeal, such Notice shall be treated as an Application for a Certificate of Appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner is unable to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

                                        Aleta A. Trauger
                                      United States District Judge